UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENNEBERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF NEWARK, et al.,<br><br>    Defendants. | Case No. 18-cv-01905-JCS<br><br>**ORDER DENYING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 23 |

Plaintiff, who was granted leave to proceed in forma pauperis by the undersigned in the instant action, brings a motion for leave to appeal in forma pauperis ("Motion"). Under Rule 24 of the Federal Rules of Appellate Procedure, "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court – before or after the notice of appeal is filed – certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification." Under 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The Ninth Circuit has construed "not taken in good faith" to mean frivolous. *See Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (stating that "[i]f at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole"). Here, the Court finds that Plaintiffs' appeal is frivolous.

Plaintiffs' claims are based on his allegation that Newark City Council members violated his constitutional rights by refusing to read a letter he submitted to them out loud during city council meetings but telling him that *he* could read the letter out loud during the time allocated for

"oral communications" at the city council meetings. The Court dismissed all of Plaintiff's claims with leave to amend, *see* docket no. 15, and Plaintiff filed an amended complaint. However, in the amended complaint Plaintiff did not allege facts that cured the deficiencies identified by the Court; nor did Plaintiff file a response to Defendants' motion to dismiss the amended complaint. *See* Docket No. 20. Accordingly, the Court certifies that the appeal is not taken in good faith and DENIES the Motion.

**IT IS SO ORDERED.**

Dated: October 15, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge